

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00326-CV

**IN RE** Alonso Ancira **ELIZONDO**

Original Proceeding[1]

PER CURIAM

Sitting:    Lori I. Valenzuela, Justice
              H. Todd McCray, Justice
              Velia J. Meza, Justice

Delivered and Filed: June 3, 2026

PETITION FOR WRIT OF MANDAMUS DENIED; EMERGENCY MOTION FOR STAY DENIED AS MOOT

Relator, Alonso Ancira Elizondo, filed his petition for writ of mandamus and emergency motion to stay trial court proceedings on April 22, 2026. Having considered the petition, record, and motion, this court has concluded that Elizondo has not established that he is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a). The petition for writ of mandamus is denied. The emergency motion to stay trial court proceedings is denied as moot.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2024-CI-23188, styled *Carlos De Los Angeles Garcia Montes de Oca, et al v. Alonso Ancira Elizondo*, pending in the 438th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.